UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARLON L. SAPP,

        Petitioner,

-vs-                                  Case No.  6:06-cv-848-Orl-31DAB

ATTORNEY GENERAL, STATE OF FLORIDA
and SECRETARY, DEPARTMENT OF
CORRECTIONS,

        Respondents.
_____

### ORDER OF DISMISSAL

On June 26, 2006, the Court ordered Petitioner to file, within fifteen days from the date of the Order, an amended habeas petition and a computer printout of the transactions in his prison account for the three months preceding the filing of his petition (Doc. No. 4).  Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice.  As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice.  The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 17th day of July, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
pslc  7/17
Marlon L. Sapp